CAUSE NO. 2018DCV3176

| | | |
|---|---|---|
| ASTRO GATEWAY, LLC | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | EL PASO COUNTY, TEXAS |
| | § | |
| NATIONWIDE GENERAL | § | |
| INSURANCE COMPANY | § | |
| *Defendant.* | § | 210TH JUDICIAL DISTRICT |

## NOTICE TO STATE COURT OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

On October 5, 2018, Defendant Nationwide General Insurance Company filed its Notice of Removal in the United States District Court for the Western District of Texas, El Paso Division, captioned Civil Action No. 3:18-cv-00292; *Astro Gateway, LLC v. Nationwide General Insurance Company*. This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court for the Western District of Texas. *See* 28 U.S.C. § 1446(d).

*(Signatures on following page)*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CMRRR this the 5th day of October, 2018 to:

| | |
|---|---|
| William N. Allan, IV<br>Allan, Nava and Glander, PLLC<br>13409 NW Military Hwy, Suite 300<br>San Antonio, Texas 78231<br>serveone@ANGlawfirm.com | #9414 7266 9904 2061 9333 91 |

*/s/ Patrick M. Kemp*
Patrick M. Kemp